# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Index Number: **14 CV 8791 (PAE)**
Date Filed: **11/04/2014**

Plaintiff(s):
**FEDERAL INSURANCE COMPANY, et al**
vs
Defendant(s):
**EVANS DELIVERY COMPANY, INC., LAND TRANSPORTATION, TWINS ENTERPRISES, INC.**

STATE OF NEW YORK
COUNTY OF MONROE SS.:

**LISA M. NEWFROCK**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **11/10/2014** at **4:11 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION; COMPLAINT** on **TWINS ENTERPRISES, INC.** at **45 EXCHANGE BLVD., LOBBY, ROCHESTER, NY 14614** in the manner indicated below:

By delivering a true copy of each to and leaving with **RICHARD P. ZICARI, AUTHORIZED AGENT** who stated he/she is authorized to accept service on behalf of the corporation/government entity.

**Comments:**
RICHARD ZICARI CONTACTED THE DEPONENT AND MADE ARRANGEMENTS TO MEET AT AN AGREED UPON LOCATION. NY STATE DRIVERS LICENSE PROVIDED FOR IDENTIFICATION.

**Description:**
Gender: **MALE**   Race/Skin: **CAUCASIAN**   Age: **51 - 65 Yrs.**   Weight: **Over 251 Lbs.**   Height: **Over 6'**   Hair: **BROWN**   Other:

Subscribed and Sworn to before me on 11/11/2014.

Nichole S. Cotton
Notary Public, State of New York
No. 01CO6293030
Qualified in Monroe County
Commission Expires 11/18/2017

x _Lisa M. Newfrock_
**LISA M. NEWFROCK**

Job #: 30303